Jimmie A. **SMITH**, Plaintiff–Appellant,

v.

**J. FITTER, M.D. and H. Cassim, M.D.**, Defendants–Appellees.

No. 09–56548.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 7, 2011.

Jimmie A. Smith, San Luis Obispo, CA, pro se.

Benjamin Barnouw, Office of the California Attorney General, Los Angeles, CA, Janine K. Jeffery, Esquire, Reily & Jeffery, Northridge, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

California state prisoner Jimmie A. Smith appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Smith did not raise a genuine issue of material fact as to whether the defendants knew of and disregarded any excessive risks to him. *See id.* at 1057–58 (a prison official acts with deliberate indifference only if he knows of and disregards an excessive risk to an inmate's health and safety, and a difference of opinion about the best course of medical treatment does not amount to deliberate indifference); *Wood v. Housewright*, 900 F.2d 1332, 1334 (9th Cir.1990) ("mere malpractice, or even gross negligence, does not suffice").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.